DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAPHNE POLYCARPE,**
Appellant,

v.

**VICKEN BAKLAYAN,**
Appellee.

No. 4D22-2132

[July 27, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Teri-Ann Miller, Judge; L.T. Case No. COSO22-001909.

Jonathan Jaffe of Nation Lawyers Chartered, Sunrise, for appellant.

Kevin Fabrikant of Fabrikant & Associates, PLLC, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***